October 28th, 2024

**PROJECT 437**

To:  Georgia Sheriffs and Senior Deputies in All Counties
     Georgia Election Officials in All Counties

RE:  **PROJECT 437 TO ENFORCE UNIFORMITY OF ELECTION LAW IN THE NOVEMBER 5th PRESIDENTIAL GENERAL ELECTION FOR COUNTING OF VOTES AND CERTIFYING BY PAPER BALLOT**

This demand for immediate enforcement of the law is a result of repeated and imminent failure of our state and county government to execute the HUMAN counting of our votes by O.C.G.A. § 21-2-437, since the March 2020 Presidential Primary. State law and the Georgia Supreme Court require that our elections be conducted by paper ballot; poll officers must work together to count our votes by hand and generate ink tally papers as part of the required accounting for certifiable returns on Election Day. Georgia citizens are counting on you to enforce State law and avoid a repeat failure on November 5th!

**The U.S. The Constitution** requires that the **Times, Places, and Manners** of holding elections shall be prescribed in each State by the Legislature. (art. 1, § 4, cl. 1). **Article II of the Georgia Constitution requires that all elections be conducted in accordance with State laws.** This protects constitutional provisions and the rights of citizens. We the People call upon you to protect our state sovereignty in your jurisdiction.

Federal law defines "vote" to include the casting **and counting** of the vote. Federal voting areas in Georgia include over 2,700 Voting Precincts and hundreds of advance in-person polling locations within all county jurisdictions (52 U.S.C. § 10101(e)). These are **fixed locations** of election per O.C.G.A. § 21-2-265(a), where **hand count of paper ballot returns and ink tallies must occur as required accounting.**

Poll returns of paper ballot vote counts must be duly certified by **sworn** poll officers based upon O.C.G.A. §§ 21-2-420 & 21-2-437. This must occur **prior to transferring** the voted paper ballot property to county election superintendents and their staff. Yet, the forced transfer of this property within minutes of the closing of the polls on Nov. 5th is imminent.

Uniformity of law is essential, and lawless acts in our elections should **never be encouraged.** In an October 20, 2024 interview by The Washington Post, Secretary of State

Brad Raffensperger directly intimidated county-level compliance by calling hand counting of paper ballots "misguided and risky"[1]

This statement is astounding since The Georgia Supreme Court ruled in *Rhoden v. Athens-Clarke Brd of Elections* (Oct. 19, 2020) that O.C.G.A. § 21-2-437 is in full force and effect, **despite having assistant technology of the optical scanning system.** Georgia taxpayers funded a system of **paper ballots**, which is stated in the definition for "optical scanning voting system" (O.C.G.A. § 21-2-2(19.1)). Therefore, the paper ballots MUST BE HUMAN COUNTED FROM OUR PAPER BALLOTS AT OUR PRECINCT LOCATIONS.

O.C.G.A. § 21-2-493(g), which governs county-level tabulation of returns states: "The figures **announced for all precincts shall be compared** by one of the assistants **with the tally paper** from the respective precincts." There is no provision of Georgia Election Law allowing county agents to reconcile or consolidate the duly certified precinct returns with generated reports of any electronic system.

**Georgia has only one chance to get this right - on Election Day, November 5th. An election is absolutely void** when not held at the proper TIME and PLACE by persons qualified to hold it. *Smiley v. Gaskin,* 115 Ga. App. 547 (1967). This includes the election of presidential electors pursuant to 3 U.S.C. § 1 and U.S. Congressman per 2 U.S.C. § 9. Sworn election officials must perform their ministerial mandates of law required for PRECINCT, COUNTY, and STATE CERTIFICATION of only lawful returns per O.C.G.A. §§ 21-2-437, 21-2-493 and 21-2-499, respectively. Poll officers must duly certify based on human hand count of the paper ballots and ink tallies of the votes printed on the paper ballots. County election officials cannot perform without duly certified precinct returns. Furthermore, the Governor cannot issue lawful certificates of election and commissions per O.C.G.A. § 21-2-502 without lawful county certifications. *Julie Adams v. Fulton County et al.,* Order 10.14.24.

All sworn poll officers, amounting to approximately 16,000 - 20,000 citizens, must receive the protection of these State laws in the conduct of their duties. Election officials must also be protected in the performance of their sworn duties. You must ensure that State laws are uniformly promulgated throughout your county to maintain order. This is so that the federal voting rights of each citizen are protected at the TIME and PLACE they vote.

**Law enforcement officers must ensure** that no sworn election official or poll officer should live in fear of arrest or criminal charges by the government for conducting paper ballot procedures according to O.C.G.A. § 21-2-437. This conclusion is upheld by an unambiguous ruling of The Georgia Supreme Court in *Rhoden.* Broad unlawful activities are imminent, as outlined in Attachment 1.

---

[1] *Press Release: Raffensperger Defends Georgia's Election Integrity Act from Last Minute Changes,* https://sos.ga.gov/news/raffensperger-defends-georgias-election-integrity-act-last-minute-changes-delaying-election (last visited Oct 20, 2024). (Sec. Raffensperger stated: "Misguided efforts to impose new procedures like hand counting ballots at polling locations make it likely that Georgians will not know the results on Election Night. Additionally, having poll workers handle ballots at polling locations after they have been voted introduces a new and significant risk to chain of custody procedures.")

Any attempt through your county administration to charge poll officers with the commission of crimes in the performance of the lawful act of duly certifying the returns by accounting methods required in O.C.G.A. § 21-2-437 is against the interest of your citizens.

Each individual has ONE FIXED PLACE where they vote, called a Voting Precinct. The federal voting right includes the casting of the ballot, **counting** of the votes, and **including the counts in the certifiable vote totals**. Each citizen in your jurisdiction has a federal voting right derived directly from the U.S. Constitution, Art. 1, § 4. Therefore, you have an oath and duty to protect it. Election property belongs to the voters and taxpayers of your county. It appears that politicians are attempting to continue a four-year pattern of lawlessness.

Rules, regulations or policies cannot supersede State law. Any public officers or sworn poll officer involved in transferring our voted ballots property **BEFORE poll officers DULY CERTIFY** our votes at our Precinct Election Locations would appear to be acting contrary to O.C.G.A. § 21-2-437 and other laws included in Attachment 1.

**Home Rule Your County.** In preparation for November 5th, we call upon you to take all law enforcement and administrative action to prevent an unlawful and possibly voidable election. Our urgent request is following the strict requirements of Georgia Law and to avert any apparent criminal activity by government officials. It is not possible for law enforcement officers to avoid responsibility for this issue, as LEOs are implicated in these acts by Ga Rule and Reg. 183-1-12-.12 (a)(7). **We ask you to contact us by email with your decision to align with constitutional advocates and compliant counties by November 1, 2024.**

Respectfully submitted,

_____  
Edward T. Metz  (Cobb County)   *U.S.*  
Mableton, GA  30126   *VETERAN*  
TedMetz@gmail.com

_____  
Sarah E. Thompson (Bulloch County)   *U.S.*  
Statesboro, GA  30461   *VETERAN*  
freedomwinsusa@protonmail.com

_____  
Susan P. Opraseuth,  (Fulton County)  
Alpharetta, GA  30005  
SusanUSA@protonmail.com

_____ County Citizen

Attached:
1 - Laws Governing Current Elections by Paper Ballot in the State of Georgia
2 - O.C.G.A §21-2-437. Procedure as to count and return of votes generally.
3 - Proposed Executive Order to Governor Kemp, 10.24.24, Disregarded.

# LAWS GOVERNING CURRENT PUBLIC ELECTIONS BY PAPER BALLOT TO SUPPORT ARTICLE IX COUNTY HOME RULE THROUGHOUT THE STATE OF GEORGIA

*Rhoden v. Athens-Clarke Brd. of Elections* 310 Ga. 266, 850 S.E.2d 146 (2020).
An election conducted with the optical scanning voting systems employing paper ballots on which electors cast votes with electronic ballot markers was an election conducted **with paper ballots** [not voting machines]. The system and ballot markers are "not a substitute for paper ballots." O.C.G.A. § 21-2-437 properly applied. This law mandates Human Counting (a) & (b).

## U.S. CONSTITUTION

### Article 1, § 4, Cl. 1

The **TIMES, PLACES, AND MANNER** of holding elections for Senators and Representatives, shall be prescribed in each State by the **Legislature thereof**.

### Article 2, § 1, Cl. 3

The Person having the greatest Number of **Votes** shall be the President, if such Number be a Majority of the whole Number of Electors appointed;

### Federal Law

**3 USC § 1 Time of appointing electors.** The electors of President and Vice President shall be appointed, in each State, **on election day**, in accordance with the laws of the State enacted prior to election day.

**2 USC § 9 Voting for Representatives.** All votes for Representatives in Congress must **be by written or printed ballot**, or voting machine the use of which has been duly authorized by the State law; and all votes received or recorded contrary to this section shall be of **no** effect.

**52 USC § 10101(e) Voting Rights.** The word **"vote"** includes **all action necessary to make a vote effective** including, but not limited to, registration or other action required by State law prerequisite to voting, **CASTING** a ballot, and having such ballot **COUNTED** and **INCLUDED** in the appropriate totals of votes cast with respect to candidates for public office and propositions for which votes are received in an election; the words **"affected area"** shall mean any subdivision of the State in which the laws of the State relating to voting...

## GEORGIA STATE CONSTITUTION

### Art. 2, § II, Para. 1

Method of Voting. Elections by the people shall be by secret ballot and shall be conducted in accordance **with procedures provided by law**. [State Legislature, Not State Executives].

### Georgia's Legislated Prescription for Constitutional Elections

**TIME:** The Day of Election is the day by which ballots must be both cast by voters and received by state officials. State law is preempted by the uniform federal Election Day. (affirmed by U.S. Court of Appeals for 5th Circuit 10.25.24).

**PLACES:** Federal Voting Areas in Georgia are Voting Precincts (2,700+), which are geographical areas established by law, from which all electors vote at one polling place (O.C.G.A. § 21-2-2(6) & (28)). Polling places are fixed rooms within voting precincts / elections districts (O.C.G.A. § 21-2-265(a)). **Voting procedures** (O.C.G.A. § 21-2-437(a) & (b)) **and requisite accounting must be conducted before <u>any election property is moved</u>** (O.C.G.A. § 21-2-420). [Criminal statutes prevent the moving of property prior to requisite accounting.]

**MANNER OF COUNTING OF VOTES**: Poll officers are the chief managers, assistant managers, and clerks required to conduct elections in any precinct in accordance with this chapter. (O.C.G.A. § 21-2-2(26) & Elections are by paper ballot. (O.C.G.A. § 21-2-437, affirmatory order in *Rhoden v. Athens-Clarke* (2020)).

---

**GEORGIA SUPREME COURT OCTOBER 19, 2020 JUDGMENT**

*Rhoden v. Athens-Clarke County Board of Elections,* 310 Ga. 266, 850 S.E.2d 146 (2020):

"As the trial court rightly noted, optical scanning voting systems and electronic ballot markers are **technologies that <u>assist</u>** elections boards in conducting elections **via paper ballots**. In that regard they are simply an adjunct to an election conduct **with paper ballots — <u>not</u> a substitute for paper ballots.** Accordingly, under Jones, the provisions governing the use of paper ballots, including O.C.G.A. §§ 21-2-437 (d) and 21-2-438 (a), applied to this election. Ga. Code Ann. §§ 21-2-2(2.1), 21-2-2(19.1), 21-2-437, 21-2-438. Judgment affirmed. All the Justices concur, except Warren, J., not participating.

**O.C.G.A. § 21-2-2 (19.1)** defines "optical scanning voting system" as "a system employing **paper ballots on which electors cast votes** with a ballot marking device or electronic ballot marker after which votes are counted by ballot scanners."

**O.C.G.A. § 21-2-437(a) & (b). <u>Precincts Using Paper Ballots</u>. Procedure as to count and return of votes generally; void ballots. [See pg. 8 of this document]**

---

## OATHS FOR PUBLIC OFFICIALS WITHIN THE STATE OF GEORGIA

**Official Oath for Every Public Officer and Employee** O.C.G.A. § 43-3-1

Every public officer shall (1) Take the oath of office, (5) Swear that he or she **will support the Constitution of the United States and of this state**

**Oath of a Georgia County Sheriff:** O.C.G.A. § 15-16-4

"Swear that I will faithfully execute all... processes directed at me as sheriff of this county ...which I can **lawfully** execute, ...and in all things well and truly without malice or partiality, perform the duties of the office of _____ County ...So help me God."

**Oath of the Election Superintendent:** O.C.G.A § 21-2-70

Each superintendent within his or her county or municipality ...shall include the following: (1) To make and issue such rules, regulations, and instructions, **consistent with law**...for the guidance of poll officers, ...To instruct poll officers (9) To receive from poll officers the returns ...to certify, as soon as practicable following ...results thereof to such authorities as may be **prescribed by law**;...to perform such other duties as may be **prescribed by law;** ...and in state and federal law and procedures related to elections. ...OATH (15): "I, _____, do swear (or affirm) ...that I will to the best of my ability prevent any fraud, deceit, or abuse in carrying on the same, that I will make a true and perfect return of the said election ...faithfully perform my duties **in accordance with Georgia laws** to the best of my judgment and ability."

**Oath of a Poll Officer - Manager at Voting Precincts:** O.C.G.A § 21-2-94

"I, _____, do swear (or affirm) that I will as manager duly... that I will not vexatiously delay or refuse to permit any person **to vote** ...I will use my best endeavors to prevent any fraud, deceit, or abuse in carrying on the same, that I will make a true and perfect return ...faithfully perform my duties therein to the best of my judgment and ability."

**Oath of a Poll Officer - Clerk at Voting Precinct:** O.C.G.A § 21-2-95

"I, _____, do swear (or affirm) ...that I will use my best endeavors to prevent any **fraud, deceit,** or abuse in carrying on the same, and that I will at all times truly, impartially, and faithfully perform my duties therein to the best of my judgment and ability."

---

## CRIMINAL PENALTIES CONNECTED TO VIOLATIONS OF THESE LAWS

O.C.G.A. § § 16-10-20.1 (Filing false documents); § 45-11-1 (Offenses involving public records); § 21-2-562 (Fraudulent entries); § 21-2-604 (Criminal solicitation to commit election fraud; penalties); § 21-2-603 (Conspiracy to commit election fraud); § 16-10-20 (False statements

and writings); § 21-2-596 (Failure of public or political officer to perform duty); § 21-2-600 (Punishment for felonies under chapter); § 16-10-71 (False swearing); § 16-10-1 (Violation of oath by public officer); § 16-9-53 (Damaging, destroying, or secreting property to defraud another); § 16-2-20 (When a person is party to a crime; aiding and abetting) and § 16-2-21 (Who did not directly commit the crime). Possibly § 45-10-3 (Code of ethics for members of boards, commissions, and authorities). Possibly federal crimes pending: 18 U.S.C. § 595 (Election Interference), 18 U.S.C. § 241 (Conspiracy against rights of citizens), 18 U.S.C. § 242 (Deprivation of rights under color of law), 5 U.S.C. § 1502 (State or local officials influencing elections).

# OFFICIAL CODE OF GEORGIA, ANNOTATED (2023) O.C.G.A §21-2-437.
## PRECINCTS USING PAPER BALLOTS.
### Procedure as to count and return of votes generally; void ballots

**All Steps are Directly Cited from this Georgia Election Law**

(a) **After the polls close** and as soon as all the ballots have been properly accounted for ... the poll officers shall open the ballot box and take therefrom **all ballots** contained therein ...

> **Public Viewing:** All ballots, after being removed from the box, shall be kept within the unobstructed view of all persons in the voting room until replaced in the box. [Blake Evans, State Elections Director 10.6.22, *Buzz Post on Ballot Security*: "Members of the public can observe the process."]

**STEP 1:** The ballots shall then be **counted one by one and a record made** of the total number.

**STEP 2:** Then the chief manager, together with such assistant managers and other poll officers as the chief manager may designate, under the scrutiny of one of the assistant managers and in the presence of the other poll officers, shall **read aloud the names of the candidates marked or written upon each ballot**, together with the office for which the person named is a candidate, and the answers contained on the ballots to the questions submitted, if any; and

**STEP 3**: The other assistant manager and clerks shall carefully **enter each vote as read and keep account of the same in ink on a sufficient number of tally papers**, all of which shall be made at the same time.

**STEP 4:** The poll officers shall immediately proceed **to canvass and compute the votes cast** and shall **not adjourn** or **postpone** the canvass or computation until it shall have been fully completed. [Implied: Law enforcement nor public officials may take the property.]

**STEP 5:** (b) When the **vote cast for the different persons named** upon the ballots and upon the questions, if any, appearing thereon, shall have been **fully recorded in the tally papers and counted, the poll officers** [Implied: ALL of them] **SHALL DULY CERTIFY** to the number of votes cast for each person and question and shall prepare in ink a sufficient number of general returns.

> **Preparing the General Precinct Return:** The general returns shall show, in addition to the entries made thereon as aforesaid, the total number of ballots received from the superintendent, the number of ballots cast, the number of ballots declared void, the number of ballots spoiled and canceled, and any blank ballots cast, as well as the **votes cast for each candidate.** At elections, the number of votes cast for each candidate by each political party or body of which such candidate is a nominee shall be separately stated. The poll officers shall immediately proceed to canvass and compute the votes cast and shall not adjourn or postpone the canvass or computation until it shall have been fully completed.
>
> **Exception:** O.C.G.A. 21-2-440 (a) Immediately after the vote has been counted in precincts in which paper ballots are used, all of **the general returns shall be signed by the poll officers** [Ministerial Mandate]. If any poll officer [of the total of all who shall sign], shall refuse to sign or certify the general returns, he or she **shall write his or her reasons therefor upon the general return sheets.**

NOTE: [Bracket words] indicate clarifying information. 100% of other text is the directly quoted State law.

**AS OF OCTOBER 28, 2024, GOVERNOR KEMP AND ATTORNEYS FROM THE DEPARTMENT OF LAW HAVE NOT REPLIED IN ANY KNOWN FORM.**



THE STATE OF GEORGIA

**PROPOSED** EXECUTIVE ORDER

---

FOR THE GOVERNOR:

**Statutory Provisions Governing the Required Human Count and Tally of Votes from Paper Ballots are in Force and Effect on November 5th, 2024.**

Pursuant to a true, perfect, and certifiable state return, this order directly protects the voting rights of Georgia citizens. Sworn election officials act within state and county jurisdictions, while poll officers conduct elections at over 2,700 voting precincts and hundreds of advance in-person polling locations. These fixed places of election are within federal voting affected areas by O.C.G.A. 21-2-265(a) under U.S. Const. Art 1, § 4 and 52 U.S.C. § 10101(e).

Secretary of State Raffensperger has consistently informed the public on behalf of the State of Georgia that all votes are cast utilizing a "paper-ballot system." On October 19, 2020, The Georgia Supreme Court affirmed that laws for paper ballot procedures must be applied.

Justices concurred in *Rhoden v. Athens-Clarke Brd of Elections* (Oct 2020), specifically, that O.C.G.A. § 21-2-437 "Procedures as to Count and Return of Votes Generally" is in full force and effect. This means that poll officers must hand count (human count) our paper ballots and votes by traditional ink-tally methods from Georgia Code of 1863, § 1234. The judgment states:

> "...Optical scanning voting systems and electronic ballot markers are technologies that assist elections boards in conducting elections via paper ballots. In that regard, they are simply an adjunct to an election conducted with paper ballots —not a substitute for paper ballots." Ga Code Ann. 21-2-2(2.1), 21-2-2(19.1), 21-2-437, 21-2-438.

**ORDERED: That, to ensure uniformity of law and a ministerial mandate, all sworn poll officers will duly certify their general return at their respective voting location based on human count of the cast votes and ink-tallies per O.C.G.A. § 21-2-437(a)(b).** That election superintendents ensure that this mandate be conducted at fixed voting precincts and advance in-person polling locations to include 100% of our paper ballots cast by any means. That polls officers duly certify before transferring voted paper ballot property to the county superintendent. That election superintendents use **codified paper ballot procedures** as the basis for county-level certification and not that for voting machines.

(3 U.S.C. § 1, O.C.G.A. §§§§ 21-2-420, 21-2-493, 21-2-499, 21-2-501, and 21-2-502).

This Order shall be effective upon signature.

This 24th Day of October 2024.

_____<br>Drafted for the GOVERNOR

From: <DoNotReply@sos.ga.gov>
To: <DoNotReply@sos.ga.gov>
Date: 10/6/2022 5:20 PM
Subject: The Buzz Post - Ballot Security

**\*External Email\*** Be cautious of sender, content, and links

A new discussion has
been posted in The Buzz by Evans, Blake on 10/6/2022 5:10 PM

I know that many counties have received an email requesting that poll workers hand count ballots at polling places on election night. **Deciding to have poll workers hand count ballots at each polling location on election night is not something your poll workers should do.**

Please see O.C.G.A. § 21-2-420(a) which states :

"(a) After the time for the closing of the polls and the last elector voting, the poll officials in each precinct shall complete the required accounting and related documentation for the precinct and shall advise the election superintendent of the total number of ballots cast at such precinct and the total number of provisional ballots cast. The chief manager and at least one assistant manager shall post a copy of the tabulated results for the precinct on the door of the precinct and then immediately deliver all required documentation and election materials to the election superintendent. The election superintendent shall then ensure that such ballots are processed, counted, and tabulated as soon as possible and shall not cease such count and tabulation until all such ballots are counted and tabulated."

Also, SEB Rule 183-1-12-.12 states: "The poll manager and two witnesses who have been sworn as poll officers as provided in O.C.G.A. 21-2-94 and 21-2-95 shall unseal and open each ballot box, remove the paper ballots from each ballot box, and place the paper ballots into a durable, portable, secure and sealable container to be provided for transport to the office of the election superintendent."

In order to ensure maximum security for the voted ballots, poll workers should not prolong the process of removing ballots from ballot boxes and sealing them in transport containers. This process should be done efficiently, transparently, and immediately after the polls have closed and votes have been cast. Members of the public can observe the process.

If you have any further questions regarding the law on this matter, please consult with your county attorney with this guidance in mind.

Blake Evans, Elections Director


If you would like to opt out of receiving email notifications for this
discussion, click here.

 Gmail

Sarah Thompson <sarahpatriot99@gmail.com>

## New: Open Records Request

Shontay Jones <sjones@bullochcounty.net>
To: Sarah Thompson <sarahpatriot99@gmail.com>
Cc: Jeff Akins <jakins@bullochcounty.net>

Per your ORR, I was waiting for you to define tally papers as that definition is referenced in municipality elections who do not use Dominion Equipment and conduct their ballots and a tally sheet to tally votes. Below is a snippet from the 2021 poll worker manual, that refers to results from the tabulator that shows the outcome of the election paper. Which is why I asked for clarity.

There are 5-names that are missing from the poll pad AIP List: Due to poll pad issues, some voters who had to have their ballots cancelled after choosing a different part selection and or made invalid ballot selections were not listed on the poll pad AIP Numbered List of voters. Due to connectivity issues with information being routed from (Georgia's current voter registration system). These voters' credit for voting this election was entered manually (GARVIS does not display the same data as the report fro reflected on KNOWiNK voter's list, but are listed on our absentee report pulled from GARVIS. Below are the 5-voters affected by the issues explained.

| BULLOCH | 04984823 | HUGHES  | LARRY   | E      |    | 1947 | 4/30/2024 | Early In-Person | 13 | 01602: |
| BULLOCH | 01147427 | LANIER  | LANNIE  | LOVETT |    | 1958 | 5/14/2024 | Early In-Person | 12 | 01602: |
| BULLOCH | 01147430 | LANIER  | MONICA  | SPENCE |    | 1960 | 5/14/2024 | Early In-Person | 12 | 01602: |
| BULLOCH | 01139160 | RICHTER | FRED    | A      | Jr | 1942 | 5/17/2024 | Early In-Person | 2  | 01602: |
| BULLOCH | 01154893 | ROGERS  | RICHARD | LOUIS  |    | 1943 | 5/17/2024 | Early In-Person | 11 | 01602: |

I am attaching the certified # list of voters from the poll pad at no charge.

The RESULT TAPE from the Statesboro Precinct had to be copied and resulted in 10 copies @.10 a copy. The fee is $1.00, and you can pick up the copies from our offic

# CLOSING THE POLLS

**Posting on the Door**
At the close of polls the following must be posted on the door:
- One set of tapes from the Polling Place Scanner
- Yellow copy of the Provisional Ballot Recap Sheet



**Reminders**
- Remember that the memory cards, electors list, ballots, provisional bag and any other documents and supplies required of your county office
- Make sure you record what time the last voter voted on the recap sheet
- Remember to post the results tape and the yellow copy of the Provisional Challenged Recap sheet on the polling place door
    - Even if the recap of the Provisional Challenged is zero, you need to record that and post the yellow copy
- Remember to take the Poll worker memory card out of each Polling Place Scanner to return with recap sheets and other items as determined by your county office
- Make sure all machines are sealed at the end of the day
- Review checklist provided by the County Office for all items to be returned

Kind Regards,

Shontay L. Jones, Election Supervisor

Bulloch County Board of Elections and Registration

113 N. Main St., Ste. 201

Statesboro, GA 30458

(912) 764-6502  Phone  (912) 764-8167  Fax

From: Sarah Thompson <sarahpatriot99@gmail.com>
Sent: Thursday, June 13, 2024 6:11 PM
To: Shontay Jones <sjones@bullochcounty.net>
Cc: Jeff Akins <jakins@bullochcounty.net>
Subject: Re: New: Open Records Request

Good morning,

Pursuant to your message on May 29th -

In the long tradition of Georgia elections, *tally papers* are documents used to jot or record any votes, tabulations, or confirmation of election results. They are official election records subject t are all other election documents, as described in GA Code 21-2-72. I ask that you provide those.

I have not received the EPulse system reports, and I ask that you provide them at soonest, as remittance is beyond deadline.

Finally, you have not provided the public ballot election property that I have requested at any time since I presented myself to your office on May 23rd. I received no flash drive on June 3rd, no

You referring citizens to a state ballot image database does not absolve you of duty to provide public election records to citizens as a government agency in Georgia. The following are terms order to download the file, indicating that the state database does not comply with my request to your office for all of the ballot images from the May 23rd Republican Primary Election. B returns."

Citizens must agree to the following terms to download ballots images:

-I understand that all ballot images are uploaded to this site by each county election office and this site serves merely as a central repository of those images.

-The Secretary of State's office does not warrant or guarantee the accuracy of legibility of any ballot image downloaded from this website.

-I understand that the file I downloaded from this website may not contain all ballot images for the county requested.

Here is some information to assist you:

- The ballot images in the state "central repository" link you provided did not replace the ballot images directly available per Title 21 and Title 50.
- The ballot images deemed "available" by Title 50 did not replace the availability of the inspectable and reproducible authentic paper ballots that we county voters inserted into the mach voting period.
- You, nor any agency of government has provided a law or court order that specifically prohibits the public availability of the official paper record of the primary election.

The citations that you both continue to rely on (50-18-71(a)) and *Smith v. Dekalb County*) make no prohibition on election record access mandated by GA Code 21-2-72 and supp provisions. The election property is not under legal seal until completing returns, which I discussed with Ms. Jones on May 23rd and she fully understood. The *Smith v. Dekalb C* that was under the seal of the superior court when it was requested. I am very familiar with the case and know a key attorney who would be happy to go over the opinion with yo and cases in accordance with state attorney guidance to continue denying records is not a good idea for public officials in Bulloch County.

I must have verifiable ballot records. If I were to accept anything other than official paper ballot records, which are "other documents in official custody," (GA Code 21-2-72), I would require nu records to begin the process of electronic verifiability. It will be a significant amount of property. As always, I suggest that you comply with the laws of Georgia that support voting rights in Bull

I look forward to receiving all election records as requested, and am happy to pay reasonable fees, upon my approval of the estimate.

Very respectfully,

Sarah Thompson

856-866-6881

150 Timber Cove

Statesboro, GA. 30461


Sender notified by
Mailtrack

On Wed, May 29, 2024 at 4:39 PM Shontay Jones <sjones@bullochcounty.net> wrote:

Hello Sarah,

Per your ORR, below I will need more time to gather the information you are requesting as we are preparing for the scheduled audit May 30th, 2024, through May 31st request on Monday, June 3rd with the date and any cost associated to your request.

==Can you please clarify what you are referring to regarding "Tally Paper"?==

Kind Regards,

Shontay L. Jones, Election Supervisor

Bulloch County Board of Elections and Registration

113 N. Main St., Ste. 201

Statesboro, GA 30458

(912) 764-6502 Phone  (912) 764-8167 /Fax

From: Sarah Thompson <sarahpatriot99@gmail.com>
Sent: Wednesday, May 29, 2024 4:15 PM

To: Jeff Akins <jakins@bullochcounty.net>; Shontay Jones <sjones@bullochcounty.net>
Subject: New: Open Records Request

Bulloch County Election Superintendent:

Pursuant to OCGA 50-18-70 and 50-18-71, I have an Open Records Request surrounding the recent 2024 primary in Bulloch County:

Please provide from your EPulse system, *the Numbered Reports for all people/electors that checked into a poll pad during Early Voting and In Person on Election Day.*

I believe your Numbered Report from EPulse will contain Reg ID, Name, Precinct, exact date and time of check in. Digital remittance of this report to my email address is acceptable, of cou...

Also, I request a *paper photocopy of the original signed tally paper for Statesboro Precinct.* I will plan to come to the office and retrieve it on Friday unless you tell me otherwise. I am happy photocopying which should be less than $10.00.

Thank you very much for your attention to my ORR.

Sarah Thompson

856-866-6881


Sender notified by
Mailtrack

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

2 attachments

- 2024 AIP May 21 voter_check_in_details00 (003).pdf
  401K
- 2024 MAY 21 ST ELECTION DAY 016-Bulloch-2024-05-21-NumberedList (5) (003).pdf
  1384K

10/23/24, 10:21 PM    Gmail - Notice & Demand - Precincts, Paper Ballots & the U.S. Const.    EXHIBIT A 1

Case 1:24-cv-04987-MHC    Document 1-3    Filed 10/31/24    Page 15 of 18



# Gmail

GoReclaim Georgia <goreclaimgeorgia@gmail.com>

## Notice & Demand - Precincts, Paper Ballots & the U.S. Const.
31 messages

**GoReclaim Georgia** <goreclaimgeorgia@gmail.com>    Tue, Oct 8, 2024 at 6:16 PM
To: GoReclaim Georgia <goreclaimgeorgia@gmail.com>
Bcc: egale@mcintoshcounty-ga.gov, maddox.denise2@gmail.com, vaughn.gable@haralsoncountyga.gov, bschreiner@buttscounty.org, elections@co.newton.ga.us, ymack@hallcounty.org, voterreg@dekalbcountga.gov, darin.mccoy@evanscounty.org, csnell@longcountyga.gov, deidre.holden@paulding.gov, jphillips@trc-lawfirm.com, shonda@applingco.com, lellison@habershamga.com, jwinter@turnercountygeorgia.com, cbaxter@madisonco.us, lbolton@lincolncountyga.com, atcoelections@hotmail.com, arussell@baconcounty.org, Carla Heard <bd.elect@bakercountyga.com>, baldwinprobate@yahoo.com, registrars@co.banks.ga.us, mfranklin@barrowga.org, kirkj@bartowcountyga.gov, electionsbenhill@aol.com, belections@windstream.net, tgillon@maconbibb.us, jfordham@bleckley.org, bcelections@btconline.net, brookscoelections@windstream.net, cindyreynolds@bryan-county.org, burkereg@burkecounty-ga.gov, projudgeholder@windstream.net, ddfelix@co.camden.ga.us, candlerprobate@gmail.com, elections@carrollcountyga.com, catoosaelections@catoosa.com, bhodges@charltoncountyga.gov, biwooten@chathamcounty.org, jonigoodwin@yahoo.com, chattoogaelections@hotmail.com, voterhelp@cherokeega.com, Charlotte Sosebee <charlotte.sosebee@accgov.com>, clayprobatejudge@gmail.com, elections@claytoncountyga.gov, clinchelections@clinchcountyga.gov, ElectionsInfo@cobbcounty.org, rachel.roberts@coffeecounty-ga.gov, ngay@columbiacountyga.gov, cookelections@windstream.net, agay@coweta.ga.us, b.peacock@crawfordcountyga.org, elections@crispcounty.com, tvaughan@dadecounty-ga.gov, gferguson@dawsoncounty.org, elections@decaturcountyga.gov, al.mccranie@yahoo.com, dooly.county.elections@gmail.com, docovoterregelections@dougherty.ga.us, bdofelections@co.douglas.ga.us, elections@earlycounty.org, judgerodgers@planttel.net, boe@effinghamcounty.org, kcurry@emanuelco-ga.gov, elections@fannincountyga.org, electionsgroup@fayettecountyga.gov, voter@forsythco.com, tcreason@franklincountyga.gov, elections.voterregistration@fultoncountyga.gov, gilmerelections@ellijay.com, probate@glascockcountyga.com, glynnelections@glynncounty-ga.gov, shicks@gordoncounty.org, Kathleen Coine Mayers <ckathleen@greenecountyga.gov>, voterregistration@gwinnettcounty.com, elections@hallcounty.org, boer@hancockcountyga.gov, sjarrett@harriscountyga.gov, registrar@hartcountyga.org, tadams@heardcountyga.com, aypitts@co.henry.ga.us, elections@houstoncountyga.org, electionsirwincounty@aol.com, "Jennifer E. Logan" <jelogan@jacksoncountygov.com>, jasperprobate@bellsouth.net, jeffdaviselections@gmail.com, sgray@jeffersoncountyga.gov, probate8@gmail.com, dkillingsworth@johnsonco.org, marion.hatton@jonescountyga.org, smayfield@smithwelchlaw.com, elections@laniercountyboc.com, jacksonge@dlcga.com, elections@lee.ga.us, elections@libertycountyga.com, longcountyelections.csnell@gmail.com, elections@lowndescounty.com, elections@lumpkincounty.gov, macoboer@windstream.net, marioncountyelect@gmail.com, phyllis.brooks@thomson-mcduffie.net, elections@bullochcounty.net, sjones@bullochcounty.net, weslewis@ccboc.com, voterreg@dekalbcountyga.gov, ecprobate@hotmail.com, pete.mcdonald@floydcountyga.org, egale@darientel.net, p.threadgill@meriwethercountyga.gov, millerprobate@gmail.com, lcox@mitchellcountyga.net, kwarren@monroecoga.org, rmoxsand@hotmail.com, jdoran@morgancountyga.gov, vote@murraycountyga.gov, muscogeeelectionsandregistration@columbusga.gov, sgregg@oconee.ga.us, mwaller@oglethorpecountyga.gov, elections@paulding.gov, adrienne-ray@peachcounty.net, sagodfrey@pickenscountyga.gov, leah.ritch@piercecountyga.gov, dneyhart@pikecoga.com, nbeck@polkga.org, vote@pulaskico.com, berlaseter@gmail.com, quit.judge@gqc-ga.org, twhitmire@rabuncounty.ga.gov, vote@boerandolphcountyga.gov, richmondelections@augustaga.gov, absentee@rockdalecountyga.gov, mway@windstream.net, probate.hderriso@planters.net, seminoleprobate@gmail.com, kslaughter@spaldingcounty.com, krista@stephenscountyga.gov, tbrinson@stewartcountyga.gov, rhoward@sumtercountyga.us, elections-registration@talbotcountyga.org, ccstephenstcpj@yahoo.com, tattnall_elections_24@yahoo.com, Mindy Bass Voter Registrar <votetaylorga@gmail.com>, telfairprobate@gmail.com, carolyn03@windstream.net, frank.scoggins@thomascountyga.gov, leila.dollison@tiftcounty.org, cachenbach.toombs.elections@gmail.com, tcelections@townscountyga.com, judgemclendon@gmail.com, elections@troupcountyga.gov, dstephens@twiggscounty.us, lizeams@windstream.net, electionsinfo@upsoncountyga.org, elections@walkerga.us, elections@co.walton.ga.us, cnelson@warecounty.com, probate@warrencountyga.gov, clhagans@washingtoncountyga.gov, tthornton@waynecountyga.us, websterfinance@windstream.net, wcregistrars@windstream.net, jody.davis@whitecounty.net, mhammontree@whitfieldcountyga.com, wilcoxcountyelectionsga@outlook.com, thomascharping@wilkescountyga.org, elections@wilkinsoncounty.net, wcboe.supervisor@gmail.com, susan@goreclaimga.org, tedmetz@gmail.com, Mbhodges4@hotmail.com, lisarutherford6990@gmail.com, jessieb77@outlook.com

Dear County Election Official or Designee,

With respect to the support and defense of the U.S. Constitution and Georgia Constitution in your county jurisdiction, we ask that you carefully review the attached demand notice. It is entitled "NOTICE AD LITEM DEMAND FOR REQUIRED

ACCOUNTING OF PAPER BALLOTS AT ALL PRECINCT LOCATIONS AT THE GENERAL ELECTION ON NOVEMBER 5, 2024."

This notice for your Election Superintendents, Election Board Members, Official Designees, Precinct Chief Managers and Assistant Managers acting with sworn responsibility in your jurisdiction under O.C.G.A. §§ 21-2-70 and 21-2-94/95. As the responsible recipient, we ask that you take heed to distribute it to at least the other responsible addressed county officials and personnel mandated to comply with Georgia Election Code and Constitution.

By administering State law on Nov. 5, 2024, you will protect poll workers and citizens from injury.

This Notice Ad Litem Demand is pursuant to these ends, and we ask your reply as to your affirmative compliance plans by October 11, 2024.

Feel free to reach out to us if you have any questions.


Respectfully submitted for your action,

Sarah E. Thompson
Susan P. Opraseuth

GoReclaimGA, LLC


📄 **Precinct U.S. Const. Demand 10.8.24.pdf**
205K

## List of Defendants

BRIAN KEMP in his official capacity, acting as the Governor of the State of Georgia;

BRAD RAFFENSPERGER in his official capacity, acting as the Georgia Secretary of State;

BULLOCH COUNTY BOARD OF ELECTIONS;

THERESA JACKSON, in her official capacity as MEMBER AND CHAIRWOMAN of the Bulloch County Board of Elections;

JIM BENTON, in his official capacity as MEMBER of the Bulloch County Board of Elections;

WILLIAM DAUGHTRY, in his official capacity as MEMBER of the Bulloch County Board of Elections;

SHONTAY JONES, in her official capacity as ELECTION SUPERVISOR of Bulloch County;

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION;

TORI SILAS in her official capacity as MEMBER AND CHAIRWOMAN of the Cobb County Board of Elections and Registration;

STEVEN F. BRUNING, in his official capacity as MEMBER of the Cobb CountyBoard of Elections and Registration;

STACY EFRAT in his/her official capacity as MEMBER of the Cobb County Board of Elections and Registration;

DEBBIE FISHER in her official capacity as MEMBER of the Cobb County Board of Elections and Registration;

JENNIFER MOSBACHER in her official capacity as MEMBER of the Cobb County Board of Elections and Registration;

TATE FALL in her official capacity as Cobb County Director of Elections,