LF 040
6/2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA



S. E. ~~THOMP~~SON, E. T. METZ ,

PLAINTIFF,

v

BRIAN KEMP, et al ,

DEFENDANT.

CASE NO:

**1:24-CV- 4987**

## AFFIDAVIT FOR MANUAL FILING OF EXHIBITS

I hereby certify that the enclosed exhibit(s):

A - Notice Ad Litem to Counties, 10.8.24
B - Proposed Executive Order to the Governor and Sec of State, 10.24.24
C - Project 437 Enforcement Demand to Sheriffs and Deputies, 10.28.24
D - Memo from Blake Evans, 10.6.22
E - Email from Shontay Jones indicating no knowledge of "tally papers." 5.29.24

is/are a true copy of the exhibit(s) presented and admitted at ~~the telephone~~/ civil filing desk ~~video proceeding held~~ on _31st_ day of _Oct_, 20_24_, before the Honorable _____.

_____
Signature (Edward J. Metz)

under penalty of perjury, the exhibits attached are true and perfect copies to the best of my knowledge.

Stephen M George Jr
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 03/31/2027

OCT 31, 2024